**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | Chapter: 13 |
| | ) | |
| Adrian Potrzebowski | ) | Case No. 23-04752 |
| | ) | |
| Debtor. | ) | Judge A. Benjamin Goldgar |

## NOTICE OF OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

**PLEASE TAKE NOTICE** that on June 23, 2023, at 10:30am, I will appear before the Honorable Judge A. Benjamin Goldgar, or any judge sitting in that judge's place, either in courtroom 642 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604 or electronically as described below and present LoanDepot.com, LLC's Objection to Confirmation of Debtor's Chapter 13 Plan, a copy of which is attached.

All parties in interest, including movant, may appear for the presentment of the objection either in person or electronically using Zoom for Government.

You may appear electronically by video or by telephone.

To appear by video, use this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

To appear by telephone, call Zoom for Government at 1-669-254-5252 or 1-646-828- 7666. Then enter the meeting ID and passcode.

Meeting ID and passcode. The meeting ID for this hearing is 160 817 7512, and the passcode is 623389. The meeting ID and passcode can also be found on the judge's page on the court's web site.

If you object to this objection and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

/s/  Brian Guyer
Brian Guyer, Esq. (ARDC # 6312967)
Quintairos, Prieto, Wood & Boyer, P.A.
111 West Monroe Street, Suite 700
Chicago, IL 60603
Phone: 312-566-0040
Fax: 312-566-0041
Email: brian.guyer@qpwblaw.com

## **CERTIFICATION**

I, Brian Guyer, certify that I served a copy of this Notice of Objection to Confirmation of Debtor's Chapter 13 Plan and Objection to Confirmation of Debtor's Chapter 13 Plan to the addresses attached by electronic notice through ECF or by placing same in an envelope addressed as shown above, and depositing same First Class Mail, postage prepaid on this  14th  day of April, 2023.

Manuel A. Cardenas
Manuel A. Cardenas and Associates, P.C.
2059 North Western Avenue
Chicago, IL 60647
Email: manuel@manuelcardenas.law

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604
E-mail: USTPRegion11.ES.ECF@usdoj.gov

Glenn B Stearns
801 Warrenville Road Suite 650
Lisle, IL 60532
E-mail: stearns_g@lisle13.com


Dated: April  14 , 2023                    */s/  Brian Guyer*
                                            Brian Guyer, Esq. (ARDC # 6312967)
                                            Quintairos, Prieto, Wood & Boyer, P.A.
                                            111 West Monroe Street, Suite 700
                                            Chicago, IL 60603
                                            Phone: 312-566-0040
                                            Fax: 312-566-0041
                                            Email: brian.guyer@qpwblaw.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | Chapter: 13 |
| | ) | |
| Adrian Potrzebowski | ) | Case No. 23-04752 |
| | ) | |
| Debtor. | ) | Judge A. Benjamin Goldgar |

**LOANDEPOT.COM, LLC'S**
**OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**

COMES NOW, secured creditor, loanDepot.com, LLC ("Secured Creditor"), by and through its undersigned counsel, and hereby objects to confirmation of the Chapter 13 Plan (ECF No. 2) proposed by the Debtor Adrian Portzebowski ("Debtor"), and in support thereof, states:

1. On April 10, 2023 Debtor filed the instant bankruptcy petition under Chapter 13 of the Bankruptcy Code.

2. Secured Creditor holds the first priority mortgage lien on real property commonly known as 895 Penny Lane, Buffalo Grove, Illinois 60089 (the "Property").

3. Debtor filed their Chapter 13 Plan on April 10, 2023. (ECF No. 2). Debtor's Chapter 13 Plan proposes to pay $0.00 per month as the current installment payment and $0.00 per month for the amount of arrearage.

4. However, Secured Creditor's imminently filed proof of claim will reflect a pre-petition arrearage amount of approximately $51,513.57 and a monthly regular mortgage payment of $1,877.17.

5. Secured Creditor will time file its proof of claim by the June 20, 2023 bar date.

6. Secured Creditor is unsure of Debtor's intentions with the Property based on the lack of Chapter 13 Plan treatment and seeks clarity.

**WHEREFORE,** Secured Creditor respectfully request that this Honorable Court deny confirmation of the Debtor's Chapter 13 Plan and for all other just and appropriate relief this Court deems appropriate in the premises.

Dated: April 14, 2023

/s/  Brian Guyer
Brian Guyer, Esq. (ARDC # 6312967)
Quintairos, Prieto, Wood & Boyer, P.A.
111 West Monroe Street, Suite 700
Chicago, IL 60603
Phone: 312-566-0040
Fax: 312-566-0041
Email: brian.guyer@qpwblaw.com